**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ANDREW R. PERRONG,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| **5 F DIGITAL INC.,** | : | |
| *Defendant.* | : | **NO. 22-cv-02160** |

**O R D E R**

AND NOW, this 28th day of July 2022, a review of the Court's records shows that a pleading has not been filed in the above-captioned action in response to the complaint.

If such a pleading is not filed by the above-named defendant on or before **August 22, 2022**, you may file a request with the clerk for entry of default in accordance with Rule 55 of the Federal Rules of Civil Procedure.

If the Request for Default is not filed by **August 29, 2022**, the Court may enter an order dismissing the case against the above-named defendant(s) for lack of prosecution.

BY THE COURT:

/s/ Chad F. Kenney

_____
**CHAD F. KENNEY, JUDGE**

cc:    5 F Digital, Inc.
       1113 Brownell Street
       Clearwater, FL 33756