IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW R. PERRONG, individually and on behalf of others similarly situated<br><br>    Plaintiff<br><br>vs.<br><br>5 F DIGITAL INC. d/b/a VACANT LAND EXPERTS<br><br>    Defendant. | Case No. 2:22-cv-02160-CFK |

## PLAINTIFF'S NOTICE OF DISMISSAL

The plaintiff files Notice of Dismissal without Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Respectfully submitted,

**/s/ *Anthony I. Paronich***
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

*Counsel for Plaintiff*

Dated: August 3, 2022

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed through the Court's CM/ECF system on August 3, 2022.

**/s/ *Anthony I. Paronich***
Anthony I. Paronich