| | |
|---|---|
| **From:** | Vacant Land Experts <vacantlandexperts@gmail.com> |
| **Sent:** | Monday, August 15, 2022 12:56 PM |
| **To:** | PAED Documents |
| **Subject:** | 2:22-cv-02160-CFK |

**CAUTION - EXTERNAL:**

My name is Alexandra Currier. I received a letter from the court and they want a pleading to be filed by August 22, 2022. I already informed the plaintiff's attorney and told them several times that I cannot afford a lawyer. I'm facing homelessness right now and I certainly don't have any money to hire a lawyer. The civil action that was brought against my company which is now closed I am not guilty of. I don't know what else to do so I went on the website and tried to get a phone number but all I could Gap was this email address. My telephone number is 727-678-8793

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.